IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LLOYD IVY, )<br>)<br>    Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:10cv511-MHT |
| ) | (WO) |
| BULLOCK COUNTY BOARD OF ) <br>EDUCATION, )<br>)<br>    Defendant. ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for leave to file amended pleadings filed by plaintiff Lloyd Ivy (Doc. No. 25) is denied.

(2) The motion for judgment on the pleadings filed by Defendant Bullock County Board of Education (Doc. No. 14) is granted.

(3) Judgment is entered in favor of defendant Bullock County Board of Education and against plaintiff Ivy, with plaintiff Ivy taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Ivy, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of August, 2011

                                                /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE